ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Thomas.Stahl@usdoj.gov

7  Attorneys for the Plaintiff

FILED
'07 MAY 16 PM 1:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: LP                  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>14.30 ACRES OF LAND, more or less, situated in San Diego County, State of California; TIMOTHY LICHTY and SHERYL LEE LICHTY, CO-TRUSTEES OF THE TIM AND SHERRY LICHTY FAMILY TRUST DATED OCTOBER 24, 1991; and OTHER INTERESTED PARTIES,<br><br>   Defendants. | Civil No. 07 CV 886 W (JMA)<br><br>COMPLAINT IN CONDEMNATION<br>[With Declaration of Taking]<br>[40 U.S.C. §3114] |

1. This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Executive Director, Asset Management, of U.S. Customs and Border Protection, for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The authority for the taking of the land is under and in accordance with the Act of Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. § 3114), and acts supplementary thereto and amendatory thereof, and under the further authority of the Act of Congress approved August 21, 2002 (116 Stat. 1144, 40 U.S.C. §3113). Authority for the taking was transferred to the Department of

1 | Homeland Security pursuant to the Department of Homeland Security Act (Pub. Law 107-296, November 25, 2002), see 6 U.S.C. §§111, 202, 251, and 557. The Act of Congress approved September 30, 1996 (Pub. Law 104-208), authorized this acquisition, and the Act of Congress approved October 18, 2005 (Pub. Law 109-90) appropriated funds for the acquisition of land to control and guard the boundaries and borders of the United States of America.

3. The public use for which the property is taken is described in Schedule A, attached hereto and made a part hereof.

4. The interest to be acquired in the property known as Tract 101 is described in Schedule B, attached hereto and made a part hereof.

5. A general description of the property known as Tract 101 is set forth in Schedule B, attached hereto and made a part hereof.

6. The persons who may have or claim a purported interest in the property and whose names are known are listed in Schedule B, attached hereto and made a part hereof.

7. A plan depicting said properties is attached hereto as Schedule C and made a part hereof.

8. Local and state taxing authorities and assessment districts may have or claim an interest in the property by reason of taxes and assessments due and owing.

9. In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: May 15, 2007

KAREN P. HEWITT
United States Attorney

*Tom Stahl*
TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division

Attorneys for Plaintiff

## SCHEDULE "A"

AUTHORITY FOR TAKING:

The interest in land hereinafter described is taken under and in accordance with the Act of Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. §3114), and acts supplementary thereto and amendatory thereof, and under the further authority of the Acts of Congress approved August 21, 2002 (116 Stat. 1144, 40 U.S.C. §3113); and the Act of Congress approved September 30, 1996 (Pub. Law 104-208), which act authorized the acquisition of land to control and guard the boundaries and borders of the United States of America. Appropriations for the acquisition were authorized by Act of Congress, Pub. Law 109-90 (October.18, 2005). Authority for the taking was transferred to the Department of Homeland Security pursuant to the Department of Homeland Security Act (Pub. Law 107-296, November 25, 2002) *see*, 6 U.S.C. §111, §202, §251 and §557.

PUBLIC USES:

The public uses for which said interest in land is taken are as follows: The land is necessary to provide control and guard the boundaries and borders of the United States in connection with a Multi-Tiered Fence Project and the Border Infrastructure System and for other uses incident thereto. The said interest in land has been selected for acquisition by the United States for use in connection with the construction and establishment of a Multi-Tiered Fence Project in San Diego County, California and for such other uses as may be authorized by Congress or by Executive Order.

## SCHEDULE "B"

### Tract 101

A parcel of land situated within the County of San Diego, State of California, being all of Assessor Parcel No. 663-020-02, more particularly described as follows:

Lot 4 in Section 8, Township 19 South, Range 2 West, of the San Bernardino Meridian.

Said Parcel of land containing 14.30 acres, more of less.

     As to Tract 101, the fee simple title, subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

File 741-P-101.1

## CONTINUED SCHEDULE "B"

**Names and addresses of purported Owners of Tract 101:**

TIMOTHY LICHTY AND
SHERYL LEE LICHTY, CO-TRUSTEES
OF THE TIM AND SHERRY LICHTY
FAMILY TRUST
3430 Jewell Street
San Diego, CA 92019

**Names and addresses of purported Owners of other interests for Tract 101:**

Dan McAllister
San Diego County Treasurer
1600 Pacific Highway
San Diego, CA 92101

**Estimated just compensation for Tract 101:**

The gross sum estimated to be just compensation for the interest in land hereby taken inclusive of all rights set forth in the Declaration of taking is Three Hundred Fifty-Eight Thousand ($358,000.00) Dollars.

File 741-P-101.1



JS44
(Rev. 07/89)

# CIVIL COVER SHEET '07 CV 886 W (JMA)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

14.30 ACRES OF LAND, more or less, situated in San Diego County, State of California; Timothy Lichty and Sheryl Lee Lichty, Co-Trustees Of The Tim and Sherry Lichty Family Trust Dated October 24, 1991; and Other Interested Parties

07 MAY 16 PM 1:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
San Diego

BY: [signature] DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Tom Stahl, Chief, Civil Division
U.S. Attorney's Office
880 FRONT STREET, RM 6293
SAN DIEGO, CA 92101-8893   557-7140

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 40 U.S.C. § 3113 and § 3114 - Condemnation

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of &Enforcement of Judgment | | ☐ 368 Asbestos Personal Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| ☐ 153 Recovery of of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge |
| ☐ Other Contract | ☐ 360 Other Personal | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product | | | ☐ 730 Labor/Mgmt. Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 870 Taxes (U.S. or Defendant) | ☐ 893 Environmental |
| | | | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation |
| [X] 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus | ☐ 790 Other Labor | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Under Equal Access to |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory |
| ☐ 290 All Other Real | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See    JUDGE                                        Docket Number

DATE   5/16/07                      SIGNATURE OF ATTORNEY OF RECORD  Tom Stahl