FILED

07 MAY 16 PM 1:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>14.30 ACRES OF LAND, more or less, situate in the County Of San Diego, State of California and TIMOTHY LICHTY AND SHERYL LEE LICHTY, CO-TRUSTEES OF THE TIM AND SHERRY LICHTY FAMILY TRUST DATED OCTOBER 24, 1991 *et. al.*<br><br>Defendants, | Civil Case No.<br><br>'07 CV 886 W (JMA)<br><br>DECLARATION OF TAKING |

ORIGINAL

TO THE HONORABLE,

THE UNITED STATES DISTRICT COURT:

I, the undersigned, Renee M. Smoot, Executive Director, Asset Management, U.S. Customs and Border Protection, Department of Homeland Security, do hereby declare by direction of the Secretary of the Department of Homeland Security:

1. The land hereinafter described is taken under and in accordance with the authority set forth in Schedule "A", annexed hereto and made a part hereof.

2. The public uses for which said land is taken are also set forth in Schedule "A", annexed hereto and made a part hereof.

3. A general description of the tract of land being taken, the estimated just compensation therefore, and the estate taken for said public uses are set forth in Schedule "B", annexed hereto and made a part hereof.

4. A plan showing the land taken is annexed hereto as Schedule "C", and made a part hereof.

5. The gross sum estimated by me as just compensation for all of said land, which aggregates 14.30 acres, more or less, with all buildings and improvements thereon and all appurtenances thereto and including any and all interests hereby taken in said land is Three Hundred and Fifty-Eight Thousand ($358,000.00) dollars, which sum I cause to be deposited herewith in the registry of the court for the use and benefit of the persons entitled thereto. I am of the opinion that the ultimate award for said land probably will be within any limits prescribed by law on the price to be paid therefor.

IN WITNESS WHEREOF, the undersigned, Executive Director, Asset Management, U.S. Customs and Border Protection, Department of Homeland Security, hereunto subscribes her name by direction of the Secretary of the Department of Homeland Security, this 18th day of July, 2006 in the City of Washington, District of Columbia.

Renee M. Smoot
Executive Director, Asset Management
U.S. Customs and Border Protection
Department of Homeland Security

## SCHEDULE "A"

AUTHORITY FOR TAKING:

The interest in land hereinafter described is taken under and in accordance with the Act of Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. §3114), and acts supplementary thereto and amendatory thereof, and under the further authority of the Acts of Congress approved August 21, 2002 (116 Stat. 1144, 40 U.S.C. §3113); and the Act of Congress approved September 30, 1996 (Pub. Law 104-208), which act authorized the acquisition of land to control and guard the boundaries and borders of the United States of America. Appropriations for the acquisition were authorized by Act of Congress, Pub. Law 109-90 (October.18, 2005). Authority for the taking was transferred to the Department of Homeland Security pursuant to the Department of Homeland Security Act (Pub. Law 107-296, November 25, 2002) *see,* 6 U.S.C. §111, §202, §251 and §557.

PUBLIC USES:

The public uses for which said interest in land is taken are as follows: The land is necessary to provide control and guard the boundaries and borders of the United States in connection with a Multi-Tiered Fence Project and the Border Infrastructure System and for other uses incident thereto. The said interest in land has been selected for acquisition by the United States for use in connection with the construction and establishment of a Multi-Tiered Fence Project in San Diego County, California and for such other uses as may be authorized by Congress or by Executive Order.

## SCHEDULE "B"

Tract 101

A parcel of land situated within the County of San Diego, State of California, being all of Assessor Parcel No. 663-020-02, more particularly described as follows:

Lot 4 in Section 8, Township 19 South, Range 2 West, of the San Bernardino Meridian.

Said Parcel of land containing 14.30 acres, more of less.

As to Tract 101, the fee simple title, subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

## CONTINUED SCHEDULE "B"

**Names and addresses of purported Owners of Tract 101:**

TIMOTHY LICHTY AND
SHERYL LEE LICHTY, CO -TRUSTEES
OF THE TIM AND SHERRY LICHTY
FAMILY TRUST
3430 Jewell Street
San Diego, CA 92019

**Names and addresses of purported Owners of other interests for Tract 101:**

Dan McAllister
San Diego County Treasurer
1600 Pacific Highway
San Diego, CA 92101

**Estimated just compensation for Tract 101:**

The gross sum estimated to be just compensation for the interest in land hereby taken inclusive of all rights set forth in the Declaration of taking is Three Hundred Fifty-Eight Thousand ($358,000.00) Dollars.

# SCHEDULE "C"




Sec. 7, 8, T. 19 S. R. 2 W.

REVISION TABLE

| DATE | REMARKS | IN |
|---|---|---|
| | | |

| TRACT No. | APN | Owner | EASEMENT | FEE |
|---|---|---|---|---|
| 101 | 663-020-02 | Lichty family Trust | | 14.3 Ac. |

GRAPHIC SCALE

0' 200' 400' 600' 800' 1000' 1200'

1" = 400'

MAY 17, 2006

U.S. ARMY CORPS OF ENGINEERS ALBUQUERQUE DISTRICT