**QUINTON & PETIX**
Michael E. Quinton, Bar No. 051370
600 West Broadway, Suite 1510
San Diego CA 92101-3355
Telephone: (619)234-1113
Fax: (619)338-4022
quinton@quintonpetix.com

Attorneys for Defendants,
TIMOTHY LICHTY and
SHERYL LEE LICHTY
CO-TRUSTEES

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 14.30 ACRES OF LAND, more or less, situated in San ) <br> Diego County, State of California; TIMOTHY LICHTY ) <br> and SHERYL LEE LICHTY CO-TRUSTEES OF THE ) <br> TIM AND SHERRY LICHTY FAMILY TRUST DATED ) <br> OCTOBER 24, 1991; AND OTHER INTERESTED ) <br> PARTIES, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 07 CV 00886-W-JMA <br><br> NOTICE OF APPEARANCE AND JURY DEMAND |

COME NOW the Defendants, TIMOTHY LICHTY AND SHERYL LEE LICHTY CO-TRUSTEES OF THE TIM AND SHERRY LICHTY FAMILY TRUST DATED OCTOBER 24, 1991, by and through their counsel, QUINTON & PETIX, and Michael E. Quinton, Esq.. and hereby appear in this action as the owners of the subject property.

JURY DEMAND

The Defendants, TIMOTHY LICHTY AND SHERYL LEE LICHTY CO-TRUSTEES OF THE TIM AND SHERRY LICHTY FAMILY TRUST DATED OCTOBER 24, 1991, hereby demand a jury trial as to all issues herein.

DATED: June 22, 2007

**QUINTON & PETIX**

*/s/ Michael E. Quinton*
MICHAEL E. QUINTON
Attorneys for Defendants,
TIMOTHY LICHTY and
SHERYL LEE LICHTY CO-TRUSTEES

PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I, MICHAEL E. QUINTON, declare: I am employed in the County of San Diego, State of California; I am over the age of 18 and not a party to the within action; my business address is 600 W. Broadway, Suite 1510, San Diego CA 92101-3355

On this date, I served the foregoing document described as:

NOTICE OF APPEARANCE AND JURY DEMAND

on the interested parties in this action, addressed as follows:

Thomas C. Stahl, Esq.
Chief, Civil Division
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego CA  92101

I caused such envelope, with postage fully prepaid, to be placed in the United States Mail at San Diego, California.

I declare under penalty of perjury under the Laws of the State of California, that the above is true and correct.

Executed on June 22, 2007, at San Diego, California.

*Michael E. Quinton*
MICHAEL E. QUINTON

C:\Q&P\CASES\LICHTY\PLEADINGS\lichtyposmail062207.001.wpd