**QUINTON & PETIX**
Michael E. Quinton, Bar No. 051370
402 West Broadway, Suite 400
San Diego CA  92101
Telephone: ( 619)234-1113
Fax: (619)595-3147
quinton@quintonpetix.com

Attorneys for Defendants,
TIMOTHY LICHTY and
SHERYL LEE LICHTY
CO-TRUSTEES

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> 14.30 ACRES OF LAND, more or less, situated in San ) <br> Diego County, State of California; TIMOTHY LICHTY ) <br> and SHERYL LEE LICHTY CO-TRUSTEES OF THE ) <br> TIM AND SHERRY LICHTY FAMILY TRUST DATED ) <br> OCTOBER 24, 1991; AND OTHER INTERESTED ) <br> PARTIES, ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 07 CV 00886-W (NLS) <br><br> DEFENDANTS' EX PARTE APPLICATION REQUESTING LEAVE TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO EXCLUDE SUPPLEMENTAL RESPONSES TO INTERROGATORIES AND RELATED TESTIMONY AND/OR TO SET ORAL ARGUMENT <br><br> Date: <br> Time: <br> Court: 7 <br> Hon. Nita L. Stormes |

Defendants' ex Parte Application Requesting Leave
to File a Reply to  the Plaintiff's Opposition to the
Defendants' Motion to Exclude Supplemental
Responses to Interrogatories and Related Testimony
And/Or to Set Oral Argument                           1                                                  7-cv-00886

# I
# INTRODUCTION

The Defendants have made an Ex Parte Motion to Exclude Supplemental Responses to Interrogatories and Related Testimony and the Court has set an expedited briefing schedule which calls for the Plaintiff's Opposition to the Motion to be filed no later than the close of business on Thursday, November 13, 2008. The Court's minute order, filed on Monday, November 10, 2008, originally called for the Plaintiff's Opposition to be filed no later than the close of business on November 12, 2008, and for no reply brief to be filed. The Defendants are now asking for leave to file a reply to the Plaintiff's Opposition to the Defendants' Motion and/or for the Court to set oral argument on the motion at the first available time following the filing of the Plaintiff's Opposition.

# II
# STATEMENT OF FACTS

A discovery dispute has arisen in this matter as a result of the Plaintiff's service of Supplemental Responses to Interrogatories on November 5, 2008. An Ex Parte Motion to Exclude Supplemental Responses to Interrogatories and Related Testimony was filed on Friday, November 7, 2008. No hearing date has been set but, due to the timing of the service of the Supplemental Responses to Interrogatories, the Court has set an expedited briefing schedule which does not allow for the Defendants to file a Reply Brief and does not allow for oral argument. Because of the nature of this dispute, the Defendants request leave to file a Reply Brief or to have oral argument, or both, in this matter.

# III
# ARGUMENT

Counsel for the Defendants do not know what counsel for the Plaintiff will argue in response to the pending Motion, however, counsel for the Defendants know that the factual context of this dispute is important. Due to the time pressure to get the pending Motion on File, counsel for the Defendants submitted only those facts necessary for the Court to understand the dispute. At the time
Defendants' ex Parte Application Requesting Leave
to File a Reply to the Plaintiff's Opposition to the
Defendants' Motion to Exclude Supplemental
Responses to Interrogatories and Related Testimony
And/Or to Set Oral Argument             2                    7-cv-00886

the Motion was filed, counsel for the Defendants could not anticipate and does not now know what facts or arguments counsel for the Plaintiffs may present in its Opposition Brief. However, counsel for the Defendants think that it is important for the Court to have a complete record of the pertinent facts, including all of the facts necessary to understand the dispute. For this reason, counsel for the Defendants ask for leave of Court to file a Reply Brief and/or for oral argument. The filing or a Reply Brief or scheduling of oral argument, or both, need not delay the Court's decision in this matter. If counsel for the Plaintiff files its Opposition Brief by close of business on Thursday, November 13, 2008, counsel for the Defendant can file its Reply Brief no later than Friday, November 14, 2008, at 2:00 pm.

## IV
## CONCLUSION

Counsel for the Defendants would like to assure that the Court has a complete and accurate record of the relevant facts pertaining to this dispute. For this reason, counsel for the Defendants ask for leave of Court to file a Reply Brief or to schedule oral argument in this matter, or both.

DATED: November 12, 2008.          **QUINTON & PETIX**

                                   **/s/**

                                   _____
                                   MICHAEL E. QUINTON
                                   Attorneys for Defendants,
                                   TIMOTHY LICHTY and
                                   SHERYL LEE LICHTY CO-TRUSTEES

Defendants' ex Parte Application Requesting Leave
to File a Reply to the Plaintiff's Opposition to the
Defendants' Motion to Exclude Supplemental
Responses to Interrogatories and Related Testimony
And/Or to Set Oral Argument             3                    7-cv-00886

**QUINTON & PETIX**
Michael E. Quinton, Bar No. 051370
402 West Broadway, Suite 400
San Diego CA 92101
Telephone: (619)234-1113
Fax: (619)595-3147
quinton@quintonpetix.com

Attorneys for Defendants,
TIMOTHY LICHTY and
SHERYL LEE LICHTY
CO-TRUSTEES

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 14.30 ACRES OF LAND, more or less, situated in San Diego County, State of California; TIMOTHY LICHTY and SHERYL LEE LICHTY CO-TRUSTEES OF THE TIM AND SHERRY LICHTY FAMILY TRUST DATED OCTOBER 24, 1991; AND OTHER INTERESTED PARTIES, <br><br> Defendants. | Civil No. 07 CV 00886-W (NLS) <br><br> DECLARATION OF MICHAEL E. QUINTON IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION REQUESTING LEAVE TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO EXCLUDE SUPPLEMENTAL RESPONSES TO INTERROGATORIES AND RELATED TESTIMONY AND/OR TO SET ORAL ARGUMENT <br><br> Hon. Nita L. Stormes |

I, MICHAEL E. QUINTON, hereby declare as follows:

1. I am counsel for the Defendants, TIMOTHY LICHTY and SHERYL LEE LICHTY, CO-TRUSTEES OF THE TIM AND SHERRY LICHTY FAMILY TRUST, etc., in this case presently pending in the United States District Court. I have first hand knowledge of the statements in this Declaration, unless stated otherwise.

Declaration of Michael E. Quinton in Support
of Defendants' ex Parte Application Requesting
Leave to File a Reply to the Plaintiff's Opposition
to the Defendants' Motion to Exclude Supplemental
Responses to Interrogatories and Related Testimony
And/or to Set Oral Argument                                   7-cv-00886

1     2. On Friday, November 7, 2008, I filed the pending Motion to Exclude Supplemental Responses to Interrogatories and Related Testimony. At the time I filed the Motion, no briefing schedule had been set.

    3. On Monday, November 10, 2008, I received notice of the Court's briefing schedule which called for the Plaintiff (Government) to file its Opposition by close of business on November 12, 2008, and for no Reply brief to be filed by the Defendants.

    4. Later in the day on November 10, 2008, I received an ex parte application for a modified briefing schedule from counsel for the Plaintiff followed by an order from the Court allowing counsel for the Plaintiff one additional day to file its Opposition and no provision regarding a reply brief or for oral argument.

    5. As counsel for the Defendant, I feel that I have an understanding of the facts of this matter which is virtually certain to be different from the point of view of counsel for the Plaintiff, as indicated in the Declaration of counsel which accompanied the Plaintiff's Ex Parte Application for Extension of Time, etc, filed November 10, 2008.

    6. Because this Motion is fact intensive, counsel for the Defendants ask for leave to respond to the factual contentions which counsel for the Plaintiff may make in its opposition to the motion by either being allowed to file a reply brief or to have oral argument on the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2008.

                                                                   /S/ Michael E. Quinton

                                                                   MICHAEL E. QUINTON

Declaration of Michael E. Quinton in Support
of Defendants' ex Parte Application Requesting
Leave to File a Reply to the Plaintiff's Opposition
to the Defendants' Motion to Exclude Supplemental
Responses to Interrogatories and Related Testimony
And/or to Set Oral Argument         2         7-cv-00886

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>14.30 ACRES OF LAND, more or less, situated in San Diego County, State of California; TIMOTHY LICHTY and SHERYL LEE LICHTY CO-TRUSTEES OF THE TIM AND SHERRY LICHTY FAMILY TRUST DATED OCTOBER 24, 1991; AND OTHER INTERESTED PARTIES,<br><br>　　　　　　　　　　Defendants. | Civil No. 07 CV 00886-W (NLS)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 402 West Broadway, Suite 400, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of:

DEFENDANTS' EX PARTE APPLICATION REQUESTING LEAVE TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO EXCLUDE SUPPLEMENTAL RESPONSES TO INTERROGATORIES AND RELATED TESTIMONY AND/OR TO SET ORAL ARGUMENT; DECLARATION OF MICHAEL E. QUINTON [re same]

on the following parties by electronically filing the foregoing with the Clerk of the District Court using the ECF System which electronically notifies them:

KAREN P. HEWITT
UNITED STATES ATTORNEY
Thomas C. Stahl, Esq.
Chief, Civil Division
Attorneys for the Plaintiff
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego CA  92101

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2008, at San Diego, California.

　　　　　　　　　　　　　　　　　　/s/ Michael E. Quinton
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL E. QUINTON
　　　　　　　　　　　　　　　　　　Attorney for the Defendants
　　　　　　　　　　　　　　　　　　quinton@quintonpetix.com