UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>14.30 ACRES OF LAND, et. al.,<br><br>Defendants. | Civil No. 07cv886 JAH (NLS)<br><br>**ORDER FOLLOWING MOTION IN LIMINE HEARING** |

On October 25, 2010, the Court held oral argument on three of plaintiff's motions in limine. Per the Court's oral ruling, IT IS HEREBY ORDERED:

1. Plaintiff's Motion in Limine #5 is DENIED WITHOUT PREJUDICE.
2. Plaintiff's Motion in Limine #7 is GRANTED IN PART. Defendants may not call the following witnesses in its case in chief:
   Steven Lindsay; Mohammad Sammak; Steve Smullen; Bruce April; Keith Greer; Brian Flock; Gary Gallegos; Richard Chavez; Gary Reinhart.
3. Defendants shall submit supplemental briefing no later than November 12, 2010 stating how they intend to use the following exhibits: A, C, C-1, C-2, D-5-A, D-12, D-14, G-5, H-18, H-19, H-20, H-21, H-22, H-25, K-5, K-6, K-7, K-8, K-9, K-10, K-11, K-12, K-13, K-14. The Court will reserve ruling on whether these documents should be excluded until it reviews the supplemental briefing.

1      4.      Plaintiff's Motion in Limine #8 is DENIED WITHOUT PREJUDICE.

3      **IT IS SO ORDERED.**

5      Dated: October 28, 2010

                                                John A. Houston
                                                United States District Judge